| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 22-13530 / MBK

Lisa M. Jones-Mason

Petition Filed Date: 04/29/2022
341 Hearing Date: 06/09/2022
Confirmation Date:

Case Status: **Dismissed Before Confirmation on 2/ 9/2023**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/2022 | $400.00 | 85012990 | 07/14/2022 | $400.00 | 85868920 | 08/03/2022 | $400.00 | 86286380 |
| 09/02/2022 | $400.00 | 86865990 | 10/04/2022 | $400.00 | 87493430 | 11/07/2022 | $400.00 | 88107180 |
| 12/06/2022 | $400.00 | 88677900 | 02/07/2023 | $400.00 | 89849460 | 02/09/2023 | $400.00 | 89888580 |

**Total Receipts for the Period: $3,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Lisa M. Jones-Mason | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq. | Attorney Fees<br>No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC | Unsecured Creditors | $1,773.28 | $0.00 | $0.00 |
| 2 | MIDLAND CREDIT MANAGEMENT INC<br>»»  SAM'S CLUB/DC-013892-09 | Unsecured Creditors | $1,447.02 | $0.00 | $0.00 |
| 3 | Trystone Capital Assets LLC<br>»»  26 PALFREY LN | Secured Creditors | $93,875.83 | $0.00 | $0.00 |
| 4 | INTERNAL REVENUE SERVICE<br>»»  2019; 2021 EST | Priority Crediors<br>Hold Funds: Estimated | $500.00 | $0.00 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2016-2018 EST TAXES | Unsecured Creditors<br>Hold Funds: Estimated | $600.00 | $0.00 | $0.00 |
| 6 | ASHLEY FUNDING SERVICES, LLC<br>»»  REIMBURSEMENT TECHNOLOGIES, INC | Unsecured Creditors | $526.00 | $0.00 | $0.00 |
| 7 | EMERGENCY PHY SERVICES OF NJ PA | Unsecured Creditors | $696.00 | $0.00 | $0.00 |
| 8 | Pendrick Capital Partners II, LLC<br>»»  UNION EMERG MED ASSOCIATES LLC | Unsecured Creditors | $748.00 | $0.00 | $0.00 |
| 9 | OVERLOOK HOSPITAL | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13530 / MBK**

| SUMMARY |
|---|
| **Your case was Dismissed Before Confirmation on 2/09/2023.** |

Summary of all receipts and disbursements from date filed through 2/09/2023:

|  |  |
|---|---:|
| Total Receipts: | $3,600.00 |
| Paid to Claims: | $0.00 |
| Paid to Trustee: | $278.40 |
| Funds on Hand: | $3,321.60 |